dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-018-CV

MAGNOLIA MEDIA GROUP, INC.
         APPELLANT AND APPELLEE
    
                    
 
 

V.

THE MORRISON GROUP, INC.            
  APPELLEE
 AND APPELLANT

----------

FROM THE 141
ST
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered  “Joint Motion To Dismiss Appeals.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal and the cross-appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. 

PER CURIAM 

PANEL D: CAYCE, C.J.; LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: April 8, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.